UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIO CESAR REYES JR., | ) | Case No. CV 12-9047-JVS (PJW) |
| Petitioner | ) | JUDGMENT |
| v. | ) | |
| G.J. JANDA, ET AL., | ) | |
| Respondents. | ) | |

Pursuant to the Order filed herewith,

IT IS ADJUDGED that the Motion is denied and the matter is dismissed without prejudice.

DATED: October 26, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\MJ - Reyes v. Janda - Ord deny habeas exten req_Judgment.wpd